IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KENNETH BIGGERS,**  **CASE NO. 2:06-cv-00524**
 **JUDGE MARBLEY**
 Petitioner, **MAGISTRATE JUDGE ABEL**

v.

**WARDEN,**

 Respondent.

## OPINION AND ORDER

On March 8, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically advised of their right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, and although petitioner was granted a continuance to April 19, 2007, to file his objections, there nevertheless have been no objections filed.

Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court **ADOPTS** the *Report and Recommendation*. This action is hereby **DISMISSED.** The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for respondent.

**IT IS SO ORDERED.**

 s/Algenon L. Marbley
 ALGENON L. MARBLEY
 United States District Judge